Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **D.J. Simmons Company Limited Partnership** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO, DENVER DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of Oklahoma 1 One Williams Ctr Tulsa, OK 74172-0140** | | **Bank loan** | | **$9,156,050.00** | **$6,200,000.00** | **$2,956,050.00** |
| | | | | | | |
| **Breck Operating PO Box 911 Breckenridge, TX 76424-0911** | | | | | | **$0.00** |
| | | | | | | |
| **Coleman Oil and Gas PO Box 3337 Farmington, NM 87499-3337** | | | | | | **$0.00** |
| | | | | | | |
| **Conoco Phillips 21873 Network Pl Chicago, IL 60673-1218** | | | **Unliquidated** | | | **$0.00** |
| **Crownquest Operating PO Box 53310 Midland, TX 79710-3310** | | | | | | **$0.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **D.J. Simmons Company Limited Partnership**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **D.J. Simmons, Inc. 1009 Ridgeway Pl Farmington, NM 87401-2092** | | | | | | **$2,662,704.37** |
| **Dugan Production PO Box 420 Farmington, NM 87499-0420** | | | | | | **$0.00** |
| **Office of Natural Resource Revenue U.S. Department of the Interior PO Box 25165 Denver, CO 80225-0165** | | | **Unliquidated** | | | **$0.00** |
| **RKI 210 Park Ave Ste 900 Oklahoma City, OK 73102-5643** | | | | | | **$0.00** |
| **Synergy PO Box 5513 Farmington, NM 87499-5513** | | | | | | **$0.00** |
| **Thompson 7415 E Main St Farmington, NM 87402-5358** | | | | | | **$0.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **D.J. Simmons Company Limited Partnership**                          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WPX Energy 25061 Network Pl Chicago, IL 60673-1250** | | | | | | **$0.00** |
| **XTO PO Box 730587 Dallas, TX 75373-0587** | | | | | | **$0.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com