**United States Bankruptcy Court**
**District of Colorado, Denver Division**

**IN RE:** Case No. _____

**D.J. Simmons Company Limited Partnership** Chapter **11**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **A.B. Geren Jr. Trust** | **32.430900** | **Limited Partner** |
| **Anne Ford Heard** | **12.057100** | **Limited Partner** |
| **D.J. Simmons, Inc.** | **1.092000** | **Limited Partner** |
| **Dr. Edward Ford** | **12.057100** | **Limited Partner** |
| **Estate of Julie Negri** | **3.239900** | **Limited Partner** |
| **John Negri** | **9.042900** | **Limited Partner** |
| **Mary Lynn Dowsey** | **12.057100** | **Limited Partner** |
| **Matt Negri** | **9.042900** | **Limited Partner** |
| **Stephen Negri** | **9.042900** | **Limited Partner** |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)