IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| D.J. SIMMONS COMPANY | ) | Case No. 16-11763-JGR |
| LIMITED PARTNERSHIP | ) | |
| EIN: 85-0413146, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**APPLICATION TO EMPLOY LINDQUIST & VENNUM LLP
AS COUNSEL FOR THE DEBTOR**

D.J. Simmons Company Limited Partnership (the "Debtor"), for its Application to Employ Lindquist & Vennum, LLP as Counsel for the Debtor (this "Application"), states:

1. On March 1, 2016 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of title 11, U.S.C. (the "Bankruptcy Code").

2. The Debtor has retained, subject to Court approval pursuant to § 327(a) of the Bankruptcy Code, the law firm of Lindquist & Vennum, LLP ("L&V") to represent it in the Debtor's bankruptcy case.

3. The Debtor engaged L&V because it has experience in bankruptcy matters and the Debtor believes that the firm is qualified to represent it in carrying out his duties under the Bankruptcy Code. The Verified Statement of Ethan J. Birnberg in support of this Application is attached hereto as **Exhibit A**.

4. The professional services that L&V will perform on behalf of the Debtor include:

- Assist in the preparation of the Debtor's schedules and statement of financial affairs and other pleadings necessary to file and maintain the Chapter 11 case;

- Assist in the preparation of motions and documents related to post-petition financing and the sale of assets under §§ 363 and 364 of the Bankruptcy Code;

- Assist in the preparation of the Debtor's reorganization plan and the disclosure statement;

- Prepare on behalf of the Debtor all necessary applications, complaints, objections, answers, motions, orders, reports, and other pleadings and documents;

- Represent the Debtor in adversary proceedings and contested matters related to Debtor's bankruptcy case;

- Provide legal advice with respect to the Debtor's rights, powers obligations and duties as Chapter 11 debtors in possession in the continuing operation of the Debtor's business and the administration of the estate; and

- Provide any other legal services for the Debtor as necessary and appropriate for the administration of the Debtor's estate.

5. As a limited partnership, the Debtor requires attorneys for the foregoing professional services in their bankruptcy cases.

6. To the best of the Debtor's knowledge, except as disclosed herein, L&V does not hold or represent an interest adverse to the Debtor, its estate, or any other party in interest for purposes of serving as § 327(a) counsel. L&V has conducted an examination using the firm's internal conflict checking procedure to determine whether L&V has represented any creditors in connection with the Debtor or in other matters. At this time, no conflicts have been identified, L&V will continue to supplement its internal conflicts check and to the extent that potential or actual conflict arise, it will provide supplemental disclosures.

7. Debtor's affiliates have filed two other related bankruptcies. Debtors D.J. Simmons, Inc. and Kimbeto Resources, LLC are entities that are related to the Debtor, and filed

2

respective bankruptcy petitions on the same date as Debtor. Debtor believes that joint administration of these three bankruptcy estates is appropriate.

8. The Debtor's prompt engagement of counsel to assist in preserving and maximizing the value of the Debtor's assets for the estate is in the best interest of the estate. To the extent that conflicts with creditors or parties in interest are discovered upon further investigation, L&V will make additional disclosures and the Debtor will retain, if necessary, special counsel pursue those matters.

9. Pursuant to § 329 of the Bankruptcy Code, Fed. R. Bankr. P. 2016(b), and L.B.R. 2014-1(b)(1), L&V discloses that it has been paid a pre-petition retainer of $50,000.[1] The fee was provided by D.J. Simmons, Inc. L&V has not agreed to share compensation with any other entity. L&V respectfully requests approval of this retainer through approval of this employment application.

10. Compensation for services provided by L&V will be paid at the customary hourly rates charged by its attorneys and will be subject to Court approval after notice and a hearing under the Bankruptcy Code. L&V anticipates that the following attorneys and paralegals will assist the Debtor:

| | |
|---|---|
| John C. Smiley | $575.00 |
| Harold G. Morris, Jr. | $510.00 |
| Ethan J. Birnberg | $330.00 |
| Brandi M. Pruett | $195.00 |
| Jessica Groskopf | $150.00 |

11. L&V and the Debtor respectfully request that the Court grant this Application authorizing the Debtor to retain L&V and approve its retainer, effective *nunc pro tunc* to the Petition Date.

---

[1] L&V received a $50,000 retainer for future services to be provided to the three related debtors. As of March 1, 2016, the remaining retainer balance is $2,150.16.

WHEREFORE, for the foregoing reasons the Debtor requests that the Court grant the relief requested in this Application and order such other relief as deemed appropriate.

Dated this 2nd day of March, 2016.

**LINDQUIST & VENNUM LLP**

By: /s/ Ethan J. Birnberg
John C. Smiley, #16210
Ethan J. Birnberg, #43343
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
jsmiley@lindquist.com
ebirnberg@lindquist.com

Proposed Counsel for D.J. Simmons
Company Limited Partnership, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2016, a true and correct copy of the foregoing **APPLICATION TO EMPLOY LINDQUIST & VENNUM LLP AS COUNSEL FOR THE DEBTOR** was deposited in the U.S. Mail, postage prepaid, to all persons and entities on the attached list.

/s/ Brandon Blessing

```
Label Matrix for local noticing          Bank of Oklahoma                         Ethan Birnberg
1082-1                                   1 One Williams Ctr                       600 17th St., Ste. 1800 South
Case 16-11763                            Tulsa, OK 74172-0172                     Denver, CO 80202-5402
District of Colorado
Denver
Wed Mar  2 10:54:22 MST 2016

Breck Operating                          Coleman Oil and Gas                      Conoco Phillips
PO Box 911                               PO Box 3337                              21873 Network Pl
Breckenridge, TX 76424-0911              Farmington, NM 87499-3337                Chicago, IL 60673-1218


Crane Living and Adams Revocable Trusts  Crownquest Operating                     D.J. Simmons Company Limited Partnership
2000 Crane Xing                          PO Box 53310                             1009 Ridgeway Place
Aztec, NM 87410-2629                     Midland, TX 79710-3310                   Farmington, NM 87401-2092


D.J. Simmons, Inc.                       Donald Adams                             Donald Allen
1009 Ridgeway Pl                         2000 Crane Xing                          1700 N Lincoln St Ste 4550
Farmington, NM 87401-2092                Aztec, NM 87410-2629                     Denver, CO 80203-4509


Dugan Production                         Four Corners Community Bank              Alison Goldenberg
PO Box 420                               500 W Main St                            Byron G. Rogers Federal Building
Farmington, NM 87499-0420                Farmington, NM 87401-8444                1961 Stout St.
                                                                                  Ste. 12-200
                                                                                  Denver, CO 80294-1961

Gordon N. and Dorcas A. Crane, Trustees  James Askew                              Office of Natural Resource Revenue
2000 Crane Xing                          320 Gold Ave SW                          U.S. Department of the Interior
Aztec, NM 87410-2629                     Albuquerque, NM 87102-3202               PO Box 25165
                                                                                  Denver, CO 80225-0165


RKI                                      Synergy                                  Thompson
210 Park Ave Ste 900                     PO Box 5513                              7415 E Main St
Oklahoma City, OK 73102-5643             Farmington, NM 87499-5513                Farmington, NM 87402-5358


US Trustee                               WPX Energy                               XTO
Byron G. Rogers Federal Building         25061 Network Pl                         PO Box 730587
1961 Stout St.                           Chicago, IL 60673-1250                   Dallas, TX 75373-0587
Ste. 12-200
Denver, CO 80294-1961


End of Label Matrix
Mailable recipients     23
Bypassed recipients      0
Total                   23
```