# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| D.J. SIMMONS COMPANY | ) | Case No. 16-11763-JGR |
| LIMITED PARTNERSHIP | ) | |
| EIN: 85-0413146, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| KIMBETO RESOURCES, LLC | ) | Case No. 16-11765-JGR |
| EIN: 85-0473314, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| D.J. SIMMONS, INC. | ) | Case No. 16-11767-JGR |
| EIN: 85-0407729, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | **Jointly Administered as** |
| | ) | **Case No. 16-11763-JGR** |

### NOTICE OF MOTION FOR ENTRY OF ORDER APPROVING DEBTORS' SALE OF ASSETS, AUTHORITY TO ASSUME AND ASSIGN CERTAIN EXECUTORY FEDERAL LEASES, AND APPROVAL OF COMPROMISE

### OBJECTION DEADLINE: OCTOBER 14, 2016

NOTICE IS HEREBY GIVEN THAT D.J. Simmons Limited Partnership and D.J. Simmons, Inc. ("Debtors") have filed a Motion for Entry of Order Approving Debtors' Sale of Assets, Authority to Assume and Assign Certain Executory Federal Leases, and Approval of Compromise (the "Motion"). Through the Motion, the Debtors seek approval of a Purchase and Sale Agreement with Coleman Oil and Gas, Inc. ("Purchaser"), whereby Debtors will withdraw from that certain Participation Agreement covering the exploration and development of certain lands located in Rio Arriba County, New Mexico, and sell all of their right, title and interest in the five subject federal oil and gas leases to Purchaser for the sum of $394,824.40, and the waiver and release by Purchaser of Proof of Claim 6-1 in the amount of $14,363.64. In addition, and as part of their obligations under the Purchase and Sale Agreement, Debtors will assume and assign the subject five federal oil and gas leases to Purchaser. The Department of Interior/Office

of Natural Resources Revenue must also consent to any assignment of federal mineral leases. A copy of the Motion and Purchase and Sale Agreement is enclosed.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the applicant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the Motion without any further notice to creditors or interested parties.

Dated this 23rd day of September, 2016.   **LINDQUIST & VENNUM LLP**

By:  /s/ Ethan J. Birnberg
John C. Smiley, #16210
Ethan J. Birnberg, #43343
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
jsmiley@lindquist.com
ebirnberg@lindquist.com

*Attorneys for Debtors*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on or before September 23, 2016, the foregoing **NOTICE OF MOTION FOR ENTRY OF ORDER APPROVING DEBTORS' SALE OF ASSETS, AUTHORITY TO ASSUME AND ASSIGN CERTAIN EXECUTORY FEDERAL LEASES, AND APPROVAL OF COMPROMISE** was served by U.S. Mail, first class postage prepaid, addressed to all parties listed on Comprehensive Service List No. 2, Dated May 27, 2016.

                                                        /s/ Lorri K. Parker