## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
### Minutes of Electronically Recorded Proceeding
### Held November 10, 2016, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: ) | Bankruptcy Case No. |
| **D.J. Simmons Company Limited Partnership and** ) | 16-11763-JGR |
| **D.J. Simmons, Inc., Kimbeto Resources, Inc.** ) | |
| ) | Chapter 11 |
| Debtor(s). ) | |
| EIN: : **85-0413146** ) | |
| ) | |

☒ **Appearances:**

Debtor(s): D.J. Simmons Company Limited Partnership and        Counsel: Ethan Birnberg
D.J. Simmons, Inc, Kimbeto Resources, Inc..
Trustee: United State Trustee        Counsel: Alison Goldenberg
Creditor: BOKF, NA d/b/a Bank of Oklahoma        Counsel: Donald Allen

**Proceedings:**    Hearing regarding adequacy of the Dislclosure Statement filed by Debtors D.J. Simmons Company Limited Partnership, Kimbeto Resources, LLC, and D.J. Simmons, Inc. on October 24, 2016 (Docket #225) and the Objection thereto filed by BOKF, NA d/b/a Bank of Oklahoma on November 8, 2016 (Docket #232).

☒   Entry of appearances and statements/arguments made
☒   Evidentiary[1]
☐   Witnesses sworn, as noted below, or ☐ see attached list
☐   Exhibits entered, as noted below, or ☐ see attached list
☒   Debtor withdrew its request for approval of Disclosure Statement and advised the Court an amended Plan and Disclosure Statement will be filed.

**Orders:**
☒   Oral findings and conclusions made of record
☒   IT IS ORDERED as follows:
The matter is CONTINUED to: **February 14, 2017 at 1:30 p.m.**, in **Courtroom D**, U.S. Custom House, 721 19th Street, Denver, CO  80202.

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ S. Nicholls
By: Law Clerk

---

[1] Evidentiary for statistical reporting purposes